[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 16-12383
Non-Argument Calendar

_____

D.C. Docket No. 1:07-cr-00067-CG-M-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DARRELL LYNN HENDERSON

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

(January 27, 2017)

Before MARCUS, JILL PRYOR and ANDERSON, Circuit Judges.

PER CURIAM:

Arthur T. Powell, appointed counsel for Darrell Henderson in this revocation

of supervised release appeal, has moved to withdraw from further representation of

the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Henderson's revocation of supervised release and sentence are **AFFIRMED**.